**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 22-cv-81007-MIDDLEBROOKS/Matthewman

LEO CHEN a/k/a YI HUNG CHEN,

Plaintiff,

vs.

SECURITY BENEFIT LIFE INSURANCE COMPANY,
EDUCATED WEALTH CENTER, LLC, and
JAMES DICKSON, AS THE PERSONAL REPRESENTATIVE
OF THE ESTATE OF JOHN R. DICKSON,

Defendants.

_____________________________________/

SECURITY BENEFIT LIFE INSURANCE COMPANY,
Counter and Cross Plaintiff,

v.

LEO CHEN a/k/a YI HUNG CHEN and
JAMES DICKSON, AS THE PERSONAL REPRESENTATIVE
OF THE ESTATE OF JOHN R. DICKSON,

Counter and Cross Defendants.

_____________________________________/

JAMES DICKSON, AS THE PERSONAL REPRESENTATIVE
OF THE ESTATE OF JOHN R. DICKSON,

Counter-Plaintiff,

vs.

LEO CHEN a/k/a YI HUNG CHEN and
WENDY WEN TING CHEN,

Counter-Defendants.

_____________________________________/

**ORDER GRANTING JOINT MOTION FOR DISMISSAL AND CLOSING CASE**

THIS CAUSE comes before the Court upon the Parties' Joint Motion for Dismissal, filed on September 21, 2022. (DE 31). The Parties state that they have settled this matter and request an order

dismissing the case in its entirety, with prejudice, and with the court reserving jurisdiction to construe or enforce the Parties' Settlement Agreement. I find good cause to grant the motion. Accordingly, it is **ORDERED and ADJUDGED** that:

(1) The Parties' Joint Motion for Dismissal (DE 31) is **GRANTED**.

(2) The above-styled action is **DISMISSED WITH PREJUDICE**.

(3) Each party shall bear their own fees and costs.

(4) Pursuant to the Parties' request, this Court reserves jurisdiction to enforce their settlement agreement. Jurisdiction will be reserved for a period of six months.

(5) The Clerk of Court shall **CLOSE this CASE** and **DENY** all pending motions **AS MOOT.**

**SIGNED** in Chambers at West Palm Beach, Florida, this 30 day of September, 2022.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record